IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

     Plaintiff,

v.

JOHN DOES 1-20,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2014**.

     Defendant John Doe 18's letter to the Court, construed as a Motion to Quash Subpoena [filed October 7, 2014; docket #13] is **denied without prejudice** for Defendant's failure to attach to his motion a copy of the challenged subpoena. If Defendant chooses to re-file his motion, he is instructed to file a copy of the challenged subpoena attached to the motion.