IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-20,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 14 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 3, 2014 (ECF No. 22), it is

ORDERED that Defendant John Doe 14 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  November 3, 2014

                                          BY THE COURT:


                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge