IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-13, 15-20,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 6 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 22, 2014 (ECF No. 24) and Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 2, John Doe 9, John Doe 12, John Doe 15, John Doe 16, and John Doe 17 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 24, 2014 (ECF No. 25), it is

ORDERED that Defendant John Doe 6 is **DISMISSED WITH PREJUDICE.** Defendant John Does 2, 9, 12, 15, 16, and 17 are **DISMISSED WITHOUT PREJUDICE.** These dismissed Defendants shall hereafter be taken off the caption.

   Dated:  November 24, 2014

                                                            BY THE COURT:

                                                            s/ Wiley Y. Daniel
                                                            Wiley Y. Daniel
                                                            Senior United States District Judge