IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1, 3-5, 7-8, 10-11, 13, 18-20,

   Defendants.

## ORDER

   In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 20 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 28, 2014 (ECF No. 27), it is

   ORDERED that Defendant John Doe 20 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  December 1, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge