IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 3-5, 7-8, 10-11, 13, 18-19,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 1, John Doe 3, John Doe 4, John Doe 5, John Doe 8, and John Doe 10 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed February 3, 2015 (ECF No. 32), it is

ORDERED that Defendants John Doe 1, John Doe 3, John Doe 4, John Doe 5, John Doe 8, and John Doe 10 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  February 3, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge