IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

　　Plaintiff,

v.

JOHN DOES 7, 11, 13, 18-19,

　　Defendants.

## ORDER

　　In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 7 and John Doe 11 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed February 17, 2015 (ECF No. 37), it is

　　ORDERED that Defendants John Doe 7 and John Doe 11 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

　　Dated:  February 18, 2015

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Senior United States District Judge