IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

     Plaintiff,

v.

JOHN DOES 13, 18-19,

     Defendants.

---

## ORDER

---

     In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

Defendants John Doe 13 and John Doe 18 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)

filed March 3, 2015 (ECF No. 39), it is

     ORDERED that Defendants John Doe 13 and 18 are **DISMISSED WITHOUT**

**PREJUDICE** and shall hereafter be taken off the caption.

     Dated:  March 3, 2015

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge