IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02481-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

　　Plaintiff,

v.

DAVID FERNANDEZ, also known and previously identified as John Doe 19,

　　Defendant.

## ORDER

In accordance with Plaintiff's Notice of Unsuccessful Attempted Service and Voluntary Dismissal Without Prejudice of Defendant David Fernandez and the Case Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on March 11, 2015 (ECF No. 46), it is

ORDERED that Defendant David Fernandez and this case are **DISMISSED WITHOUT PREJUDICE**.

　　Dated:  March 16, 2015

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　　Senior United States District Judge